UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILOEDU, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LYBROAN DENNIS JAMES, et al.,<br><br>    Defendants. | Case No. 21-cv-09261-JST<br><br>**ORDER REQUIRING COMPLIANCE WITH PRELIMINARY INJUNCTION ORDER BY FEBRUARY 16, 2022; ORDER ADOPTING PLAINTIFF'S PROPOSED INSPECTION PROTOCOL** |

The Court has reviewed the parties' competing letter briefs. ECF Nos. 50, 52. Defendants have failed to comply with the February 9 deadline in the preliminary injunction order, ECF No. 42, despite agreeing to its terms at the February 3, 2022 hearing. Although Defendants have appealed that order, the order has not been stayed pending appeal.

Defendants shall comply with the terms of the preliminary injunction order, including the imaging requirements under paragraph 1(d), by February 16, 2022. In addition, Plaintiff's proposed inspection protocol, ECF No. 50 at 13-14, is adopted as an order of the Court.

**IT IS SO ORDERED.**

Dated: February 14, 2022

_____
JON S. TIGAR
United States District Judge